SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>The Hertz Corporation, et al<br><br>          Defendants | Case No. **2:11-cv-01249-GEB-CKD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL SEPTEMBER 15, 2011 FOR DEFENDANTS THE HERTZ CORPORATION INDIVIDUALLY AND D/B/A HERTZ LOCAL EDITION; RALPH M. WILSON; CHRISTINA WILSON; QUI VINH LUU INDIVIDUALLY AND D/B/A TWIN DRAGON RESTAURANT; CARRIE MARGHERITA INDIVIDUALLY AND D/B/A HAIR PRODUCTIONS; RICHARD J. TIBBS, INDIVIDUALLY AND AS TRUSTEE OF THE RICHARD J. TIBBS AND JENNIFER FLOWERS TIBBS REVOCABLE TRUST DATED MARCH 3, 1994; JENNIFER FLOWERS TIBBS INDIVIDUALLY AND AS TRUSTEE OF THE RICHARD J. TIBBS AND JENNIFER FLOWERS TIBBS REVOCABLE TRUST DATED MARCH 3, 1994 TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, The Hertz Corporation Individually

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

and d/b/a Hertz Local Edition; Ralph M. Wilson; Christina Wilson; Qui Vinh Luu Individually and d/b/a Twin Dragon Restaurant; Carrie Margherita Individually and d/b/a Hair Productions; Richard J. Tibbs Individually and as Trustee of the Richard J. Tibbs and Jennifer Flowers Tibbs Revocable Trust dated March 3, 1994; Jennifer Flowers Tibbs Individually and as Trustee of the Richard J. Tibbs and Jennifer Flowers Tibbs Revocable Trust dated March 3, 1994, by and through their respective attorneys of record, Scott N. Johnson; Daniel J. Foster, stipulate as follows:

1. An extension of time has been previously obtained for Defendants The Hertz Corporation Individually and d/b/a Hertz Local Edition; Ralph M. Wilson; Christina Wilson; Qui Vinh Luu Individually and d/b/a Twin Dragon Restaurant; Carrie Margherita Individually and d/b/a Hair Productions; Richard J. Tibbs Individually and as Trustee of the Richard J. Tibbs and Jennifer Flowers Tibbs Revocable Trust dated March 3, 1994; Jennifer Flowers Tibbs Individually and as Trustee of the Richard J. Tibbs and Jennifer Flowers Tibbs Revocable Trust dated March 3, 1994 until August 15, 2011 to respond or

otherwise plead reference to Plaintiff's complaint.

2. Defendants The Hertz Corporation Individually and d/b/a Hertz Local Edition; Ralph M. Wilson; Christina Wilson; Qui Vinh Luu Individually and d/b/a Twin Dragon Restaurant; Carrie Margherita Individually and d/b/a Hair Productions; Richard J. Tibbs Individually and as Trustee of the Richard J. Tibbs and Jennifer Flowers Tibbs Revocable Trust dated March 3, 1994; Jennifer Flowers Tibbs Individually and as Trustee of the Richard J. Tibbs and Jennifer Flowers Tibbs Revocable Trust dated March 3, 1994 are granted an extension until September 15, 2011 to respond or otherwise plead reference to Plaintiff's complaint because defendants are in the process of receiving construction estimates.

3. Defendants The Hertz Corporation Individually and d/b/a Hertz Local Edition; Ralph M. Wilson; Christina Wilson; Qui Vinh Luu Individually and d/b/a Twin Dragon Restaurant; Carrie Margherita Individually and d/b/a Hair Productions; Richard J. Tibbs Individually and as Trustee of

                the Richard J. Tibbs and Jennifer Flowers Tibbs Revocable Trust dated March 3, 1994; Jennifer Flowers Tibbs Individually and as Trustee of the Richard J. Tibbs and Jennifer Flowers Tibbs Revocable Trust dated March 3, 1994 response will be due no later than September 15, 2011.

    IT IS SO STIPULATED effective as of August 10, 2011

| | |
|---|---|
| Dated:  August 10, 2011 | /s/Daniel J. Foster |
| | Daniel J. Foster, |
| | Attorney for Defendants |
| | The Hertz Corporation |
| | Individually and d/b/a |
| | Hertz Local Edition; |
| | Ralph M. Wilson; |
| | Christina Wilson; Qui |
| | Vinh Luu Individually |
| | and d/b/a Twin Dragon |
| | Restaurant; Carrie |
| | Margherita Individually |
| | and d/b/a Hair |
| | Productions; Richard J. |
| | Tibbs Individually and |

```
                                      as Trustee of the
                                      Richard J. Tibbs and
                                      Jennifer Flowers Tibbs
                                      Revocable Trust dated
                                      March 3, 1994; Jennifer
                                      Flowers Tibbs
                                      Individually and as
                                      Trustee of the Richard
                                      J. Tibbs and Jennifer
                                      Flowers Tibbs Revocable
                                      Trust dated March 3,
                                      1994


Dated:  August 10, 2011               /s/Scott N. Johnson
                                      Scott N. Johnson,
                                      Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendants The Hertz Corporation Individually and d/b/a Hertz Local Edition; Ralph M. Wilson; Christina Wilson; Qui Vinh Luu Individually and d/b/a Twin Dragon Restaurant; Carrie Margherita Individually and d/b/a Hair Productions; Richard J. Tibbs Individually and as Trustee of the Richard J.

Tibbs and Jennifer Flowers Tibbs Revocable Trust dated March 3, 1994; Jennifer Flowers Tibbs Individually and as Trustee of the Richard J. Tibbs and Jennifer Flowers Tibbs Revocable Trust dated March 3, 1994 shall have until September 15, 2011 to respond to complaint.

_____
GARLAND E. BURRELL, JR.
United States District Judge